# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>MALLINCKRODT PLC, et al.,<br><br>Debtors.[1] | Chapter 11<br>Case No. 20-12522 (JTD)<br>(Bankr. D. Del.)<br>(Jointly Administered) |
| KENNETH GREATHOUSE,<br>STUART ROSE, and<br>LLOYD GLENN,<br><br>       Appellants,<br><br>v.<br><br>MALLINCKRODT PLC, et al.,<br><br>       Appellees. | C.A. No. 1:21-cv-01756 (TLA) |

## STIPULATION AND PROPOSED ORDER
## EXTENDING BRIEFING DEADLINES

IT IS HEREBY STIPULATED AND AGREED by and between the above-captioned appellants—Kenneth Greathouse, Stuart Rose, and Lloyd Glenn (the "*Appellants*")—and Mallinckrodt plc and its affiliated debtors-in-possession in the

---

[1] A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

RLF1 27066807v.1

above-captioned cases (collectively, the "***Debtors-Appellees***"), subject to the approval of the Court, that:

1. The deadline for Appellants to file their opening brief is extended 91 days from April 1, 2022 to July 1, 2022.

2. The deadline for Debtors-Appellees to file their answering brief is extended 91 days from May 2, 2022 to August 1, 2022.

3. The deadline for Appellants to file their reply brief is extended 91 days from May 16, 2022 to August 15, 2022.

Dated: March 28, 2022

Stipulated and agreed to by:

*/s/ Robert C. Maddox*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Robert C. Maddox (No. 5356)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             merchant@rlf.com
             steele@rlf.com
             maddox@rlf.com

- and -

Dated: March 28, 2022

Stipulated and agreed to by:

*/s/ R. Grant Dick IV*
R. Grant Dick IV (Del. No. 5123)
**COOCH AND TAYLOR, P.A**
The Nemours Building
1007 N. Orange St., Suite 1120
Wilmington, DE 19801
Telephone: (302) 984-3867
Facsimile: (302) 984-3939
Email: gdick@coochtaylor.com

- and -

Lillian J. Stenfeldt (*pro hac vice*)
Phillip Wang (*pro hac vice*)
**RIMON, P.C.**
423 Washington Street, Suite 600
San Francisco, CA 94111
Telephone: (415) 968-2002
Facsimile: (415) 968-2002
lillian.stenfeldt@rimonlaw.com
phillip.wang@rimonlaw.com

<div style="display: flex;">

<div>

George A. Davis
George Klidonas
Andrew Sorkin
Anupama Yerramalli
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 906-1200
Facsimile:   (212) 751-4864
Email:        george.davis@lw.com
                   george.klidonas@lw.com
                   andrew.sorkin@lw.com
                   anu.yerramalli@lw.com

- and -

Jeffrey E. Bjork
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone:  (213) 485-1234
Facsimile:   (213) 891-8763
Email:                jeff.bjork@lw.com

- and -

Jason B. Gott
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:   (312) 993-9767
Email:                jason.gott@lw.com

*Counsel for Debtors-Appellees*

</div>

<div>

- and -

Jacquelyn H. Choi (*pro hac vice*)
**RIMON, P.C.**
2029 Century Park East, #400N
Los Angeles, CA 90067
Telephone: (310) 525-5859
Facsimile: (310) 525-5859
jacquelyn.choi@rimonlaw.com

*Counsel for Appellants*

</div>

</div>

3

SO ORDERED this __7th__ day of _____April_____, __2022__.

                                              s/Thomas L. Ambro
                                            _____
                                            United States District Judge

Case 1:21-cv-01756-TLA   Document 10   Filed 04/07/22   Page 4 of 4 PageID #: 32