IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,<br><br>　　　　　　　　　Debtors. | Case No. 20-12522 (JTD)<br><br>(Jointly Administered) |
| KENNETH GREATHOUSE,<br>STUART ROSE, and LLOYD GLENN<br><br>　　　　　　　　　Appellants,<br><br>MALLINCKRODT plc, *et al.*,<br><br>　　　　　　　　　Appellees. | C.A. No. 21-cv-01756 (TLA) |

**STIPULATION AND PROPOSED
ORDER EXTENDING BRIEFING DEADLINES**

IT IS HEREBY STIPULATED AND AGREED by and between the above captioned appellants—Kenneth Greathouse, Stuart Rose, and Lloyd Glenn (the "***Appellants***")—and Mallinckrodt plc and its affiliated debtors-in-possession in the above-captioned cases (collectively, the "***Debtors-Appellees***"), subject to the approval of the Court, that:

1.　　The deadline for Appellants to file their opening brief is extended 62 days from July 1, 2022 to September 1, 2022.

00639922

2.   The deadline for Debtors-Appellees to file their answering brief is extended 63 days from August 1, 2022 to October 3, 2022.

3.   The deadline for Appellants to file their reply brief is extended 63 days from August 15, 2022 to October 17, 2022.

Dated:  June 29, 2022

| **COOCH & TAYLOR, P.A.** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| */s/ R. Grant Dick IV* | */s/ Michael J. Merchant* |
| R. Grant Dick IV (No. 5123) | Mark D. Collins (No. 2981) |
| The Nemours Building | Michael J. Merchant (No. 3854) |
| 10007 N. Orange Street, Suite 1120 | Amanda R. Steele (No. 5530) |
| Wilmington, Delaware  19801 | Brendan J. Schlauch (No. 6115) |
| Tel:  (302) 984-3867 | One Rodney Square |
| Fax:  (302) 984-3939 | 920 N. King Street |
| Email:  gdick@coochtaylor.com | Wilmington, Delaware  19801 |
| | Tel:  (302) 651-7700 |
| -and- | Fax:  (302) 651-7701 |
| | Email:  collins@rlf.com |
| Lillian J. Stenfeldt | merchant@rlf.com |
| **RIMON, P.C.** | steele@rlf.com |
| 800 Oak Grove Avenue, Suite 250 | schlauch@rlf.com |
| Menlo Park, California  94025 | |
| Tel:  (415) 915-5192 | -and- |
| Fax:  (415) 915-5192 | |
| Email:  lillian.stenfeldt@rimonlaw.com | George A. Davis |
| | George Klidonas |
| -and- | Andrew Sorkin |
| | Anupama Yerramalli |
| Phillip K. Wang | **LATHAM & WATKINS LLP** |
| **RIMON, P.C.** | 1271 Avenue of the Americas |
| 423 Washington Street, Suite 600 | New York, New York  10020 |
| San Francisco, California  94111 | Tel:  (212) 906-1200 |
| Tel:  (415) 968-2002 | Fax:  (212) 751-4864 |
| Fax:  (415) 968-2002 | Email:  george.davis@lw.com |
| Email:  phillip.wang@rimonlaw.com | |

-and-

Jacquelyn H. Choi
**RIMON, P.C.**
2029 Century Park East, Suite 400N
Los Angeles, California  90067
Tel:  (310) 525-5859
Fax:  (310) 525-5859
Email:  jacquelyn.choi@rimonlaw.com

*Counsel to Kenneth Greathouse,
Stuart Rose, and Lloyd Glenn*

george.klidonas@lw.com
andrew.sorkin@lw.com
anu.yerramalli@lw.com

-and-

Jeffrey E. Bjork
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California  90071
Tel:  (213) 485-1234
Fax:  (213) 891-8763
Email:  jeff.bjork@lw.com

-and-

Jason B. Gott
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Tel:  (312) 876-7700
Fax:  (312) 993-9767
Email:  jason.gott@lw.com

*Counsel to Mallinckrodt plc, et al.*

IT IS SO ORDERED this ____ day of _____, 2022.

_____
Honorable Thomas L. Ambro