# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,<br><br>Debtors.<br><br>KENNETH GREATHOUSE,<br>STUART ROSE, and LLOYD GLENN<br><br>Appellants,<br><br>MALLINCKRODT plc, *et al.*,<br><br>Appellees. | Case No. 20-12522 (JTD)<br><br>(Jointly Administered)<br><br><br><br>C.A. No. 21-cv-01756 (TLA) |

## STIPULATION AND PROPOSED
## ORDER EXTENDING BRIEFING DEADLINES

IT IS HEREBY STIPULATED AND AGREED by and between the above captioned appellants—Kenneth Greathouse, Stuart Rose, and Lloyd Glenn (the "***Appellants***")—and Mallinckrodt plc and its affiliated debtors-in-possession in the above-captioned cases (collectively, the "***Debtors-Appellees***"), subject to the approval of the Court, that:

1.  The deadline for Appellants to file their opening brief is extended 61 days from September 1, 2022 to November 1, 2022.

2. The deadline for Debtors-Appellees and Intervenor-Appellees to file their answering briefs is extended 59 days from October 3, 2022 to December 1, 2022.

3. The deadline for Appellants to file their reply brief is extended 59 days from October 17, 2022 to December 15, 2022.

Dated: August 24, 2022

| **COOCH & TAYLOR, P.A.** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| /s/ R. Grant Dick IV | /s/ Michael J. Merchant |
| R. Grant Dick IV (No. 5123) | Mark D. Collins (No. 2981) |
| The Nemours Building | Michael J. Merchant (No. 3854) |
| 10007 N. Orange Street, Suite 1120 | Amanda R. Steele (No. 5530) |
| Wilmington, Delaware 19801 | Brendan J. Schlauch (No. 6115) |
| Tel: (302) 984-3867 | One Rodney Square |
| Fax: (302) 984-3939 | 920 N. King Street |
| Email: gdick@coochtaylor.com | Wilmington, Delaware 19801 |
| | Tel: (302) 651-7700 |
| -and- | Fax: (302) 651-7701 |
| | Email: collins@rlf.com |
| Lillian J. Stenfeldt | merchant@rlf.com |
| **RIMON, P.C.** | steele@rlf.com |
| 800 Oak Grove Avenue, Suite 250 | schlauch@rlf.com |
| Menlo Park, California 94025 | |
| Tel: (415) 915-5192 | -and- |
| Fax: (415) 915-5192 | |
| Email: lillian.stenfeldt@rimonlaw.com | George A. Davis |
| | George Klidonas |
| -and- | Andrew Sorkin |
| | Anupama Yerramalli |
| Phillip K. Wang | **LATHAM & WATKINS LLP** |
| **RIMON, P.C.** | 1271 Avenue of the Americas |
| 423 Washington Street, Suite 600 | New York, New York 10020 |
| San Francisco, California 94111 | Tel: (212) 906-1200 |
| Tel: (415) 968-2002 | Fax: (212) 751-4864 |

Fax:  (415) 968-2002
Email:  phillip.wang@rimonlaw.com

-and-

Jacquelyn H. Choi
**RIMON, P.C.**
2029 Century Park East, Suite 400N
Los Angeles, California  90067
Tel:  (310) 525-5859
Fax:  (310) 525-5859
Email:  jacquelyn.choi@rimonlaw.com

*Counsel to Kenneth Greathouse, Stuart Rose, and Lloyd Glenn*

Email:  george.davis@lw.com
  george.klidonas@lw.com
  andrew.sorkin@lw.com
  anu.yerramalli@lw.com

-and-

Jeffrey E. Bjork
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California  90071
Tel:  (213) 485-1234
Fax:  (213) 891-8763
Email:  jeff.bjork@lw.com

-and-

Jason B. Gott
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Tel:  (312) 876-7700
Fax:  (312) 993-9767
Email:  jason.gott@lw.com

*Counsel to Mallinckrodt plc, et al.*

IT IS SO ORDERED this ____ day of _____, 2022.

_____
Honorable Thomas L. Ambro